**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ADRIANA DE CAMPOS SOUZA E SOUZA**    **CASE NO.  6:25-CV-02153 SEC P**

**VERSUS**    **JUDGE ROBERT R. SUMMERHAYS**

**JUAN AGUDELO ET AL**    **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant Petition for Writ of Habeas Corpus be **DISMISSED as MOOT**.

THUS DONE in Chambers on this 13th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE